POOR QUALITY ORIGINAL

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case REC. # DET 116225

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Plantiff A

Braudy M. Liang

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Police Department of Farmington Hills
31655 West Eleven Mile Rd, Farmington Hills MI 48336

47th District Court

Law Office of Derrick E. George P.C.

State of Michigan Uniform Law Citation

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case:2:18-cv-12612
Judge: Steeh, George Caram
MJ: Stafford, Elizabeth A.
Filed: 08-21-2018 At 03:29 PM
CMP LIANG VS FARMINGTON HILLS POLIC E DEPARTMEMT, ET AL. (DP)

Jury Trial: ☐ Yes ☒ No
*(check one)*

and waive summonses

Discrimination, Sexism, Racism, violation of constitutional amendments, Malicious intent, false reporting and documentation, 14th ethical change regarding situation that occurred!! Legal and public service workers attempt to interfere and destroy my livelihood

## Complaint for a Civil Case

Ms Braudy Marie Liang, have been target harassed by others trying to destroy and ruin my identity in different forms. I Ms. Braudy Marie Liang have survived being discriminated against and racial profiling from legal professionals within the city of Farmington Hills Police Department, 47th District Court and Law Offices of Derrick George. The city of Farmington Hills police department framed me as a criminal when truly I am a good faith American citizen. My Constitutional Amendments Have been abused and violated and false judgement and meracilious intent of others including the misconduct of legal professionals has led me to file Defamation, Racial Profiling, Frame Up, improvisions of services, intentional misconduct, breach of contract misrepresentation, Sexism, invasion of my personal property, Identity theft and tampering, invasion of my personal privacy, and violation of my consumer protection laws

[Margin notes: police reports to prove me as a criminal and changing with discriminatory acts; She said I was brought to jail and charged and falsified and false charges, racial profile, and took the criminal; she pressed and I'm still on record when record should be expunged]

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

my condo address →

| | |
|---|---|
| Name | Brandy Marie Liang |
| Street Address | 21032 Boulder Cir. |
| City and County | Northville, U.S. |
| State and Zip Code | MI 48167 |
| Telephone Number | (248)330-7868 |
| E-mail Address | bgriffor@emich.edu. |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

my house address →

| | |
|---|---|
| Name | Brandy Marie Liang |
| Job or Title (if known) | Homemaker, Manager, Model, Social Worker, MSW |
| Street Address | 31032 Country Ridge Cir. |
| City and County | Farmington Hills MI |
| State and Zip Code | MI 48 |
| Telephone Number | (248)330-7868 |
| E-mail Address (if known) | bgriffee@gmail.com |

Officer Rosenick ✱

Survey of Police Dept Farmington Hills 1 Survivors

Defendant No. 2

Police Officer PSA Hogue 248-871-2770 ✱

Police Officer Hamaker badge #477 ✱

Det. Klepper - I have recorded callback to speak to him. 248-871-2782 assigned but never had directly

| | |
|---|---|
| Name | Police Department of Farmington Hills |
| Job or Title (if known) | |
| Street Address | 31655 West Eleven Mile Rd. |
| City and County | Farmington Hills |
| State and Zip Code | MI 48336 |
| Telephone Number | 248-871-2610 |
| E-mail Address (if known) | |

 Summons of District Court

Defendant No. 3 Summons

Name 47th District Court Summons

Job or Title (if known) ~~Judge Hon. James B Brady~~

Street Address 31605 West Eleven Mile Rd.

City and County Farmington Hills

State and Zip Code MI 48336

Telephone Number 248-871-2900

E-mail Address (if known)

Defendant No. 4 (failure to properly communicate) • representing others to my disadvantage)

Name Law Offices of Derrick E. George, P.C. • invasion of my personal privacy and property

Job or Title (if known) • Derrick E. George, P.C.

Street Address 33717 Woodward Avenue #286 • Defamation • misrepresentation

City and County Birmingham

State and Zip Code MI 48009

Telephone Number 248-381-8894

E-mail Address (if known) www.derrickgeorge.com

Defendendant NO5. State of Michigan Uniform Law Citation

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

When is law enforcement invasion of an individual personal identity legally criminal like in my situation with Farmington Hills P.D.

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

HeinOnlines U.S. Statues at Large Library provides searchable online access to Public Laws, Private Laws, Presidential Proclaims and motes published in the US Statutes of Large from Americans with Disabilities Act of 1990 its incepn in 1976 - 2011.

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

a. If the plaintiff is an individual
The plaintiff, *(name)* Brandy Marie Liang, is a citizen of the State of *(name)* Michigan.

b. If the plaintiff is a corporation
The plaintiff, *(name)* Brandy Marie Liang, is incorporated under the laws of the State of *(name)* Michigan, and has its principal place of business in the State of *(name)* Michigan.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual
The defendant, *(name)* Officer Rosenick, is a citizen of the State of *(name)* Michigan. *Or* is a citizen of *(foreign nation)* ________.

b. If the defendant is a corporation
The defendant, *(name)* Police Department, is incorporated under the laws of the State of *(name)* Michigan, and has its principal place of business in the State of *(name)* Michigan. *Or* is incorporated under the laws of *(foreign nation)* Michigan, and has its principal place of business in *(name)* Farmington Hills.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

5 Million $

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

6/17/18 Misdemeanor charge for Domestic Violence by Farmington Hills Police Department when I was physically attacked, and husband called police and reported false allegations. I Received a mis
my husband grabbed me, wrestled me to the ground, and I struggled to get him off of me.
• Police Misconduct I explained how I was attacked and I was never Read my miranda Rights and I was hand cuffed and brought to jail. The next morning I was told I was filling no contest and would have a court date on 6/25/18 for a Pre-trial conference. I never had to pay a $1,000.00 Bond to leave the jail on 6/17/18 although the police report states I did, there fore I should have been discharged Home without having to follow up with the misdemeanor charge, To me this Seemed like a FRAME UP By the Farmington Hills Police department. I asked if there was any paperwork for my court date, however they denied it and said, "Hopefully you can afford a private lawyer because our jail lawyers will just screw you up more." "And your selling your house... well we will see what screws you up first." Office at the jail was saying how he seen my instagram and made comments about me being a model and a social worker, and my family making reports about how they wanted my husband.
I was Discriminated Against
• I Am claiming Defamation Against the City of Farmington Hills Police Department.
• I am claiming Racial Profiling, Entrapment, Frame Up, malicious intent against the Police Department of Farmington Hills, Derrick George Law offices P.C. and 47th District Court for framing me as the Criminal, assigning me a misdemeanor and an assault and battery charge when actually I was the victim and attacked.
• I am claiming Breach of contract, misrepresentation and violation of my consumer protection laws against the Law offices of Derrick C. George P.C. = Malpractice, talking to my contacts especially my colleagues (Derrick did not provide proper Legal services and inappropriate I hired Law offices of Derrick C George for attorney service I did not work in my favor.) When I hired Derrick Georges Law office, but he did not share information was under the belief that he would be my private attorney, with me for preceding court case, about my case with the or discussed the plan of action but instead represented did not discuss the process of the upcoming court hearing ~~violation of~~ my personal privacy against others to my disadvantage. I am claiming and while in his office after
* Violation of my personal privacy against Derrick C George He stated that he could reading text messages on the one and only time I met him when I asked him questions, Facebook and did not give me a further explanation about this information but he I told him I wanted to be a breach of my personal identity and informations by contacting my family did not listen to me seriously and he invaded my personal privacy to gather info. He started contact members, people I saw and contacts in my phone and started plotting with a girl name ~~Shulzee~~ services I used like my MMT model agency and I am claiming. Invasion of my privacy because when I against me Derrick went to the Bank He was on my bank account and I could not even use my bank account without the bank teller contact attorney Derrick George first. (I was unaware of whatever informed of what Derrick George was attempting to do to my life, but quickly caught on to how he was attempting to interference and sabotage my functions and goals.

- Derrick did not give me clear information about court proceedings and even [illegible] I received from my husband on the evening of 6/24/18 of the incident of when he was attacked, harrassed, racialy profiled, discriminated against and brought to jail.
- Derrick stated that the bench trial on 6/25/18 meant that my case was dismissed so therefore I was never convicted of the false assault and battery charge for domestic violence but I was still on file at the ~~court~~ ~~[illegible]~~ jail for this ~~[illegible]~~ false charge and received a copy of the misdemeanor tickett in my file I requested from the clerk.

• Derrick contacted my husband and made inappropriate verbal statements to him about me for example, Derrick told Terrence per Terrence, "I will put her on house arrest for you if you would like."

* While I traveled to new york with Terrence for my modeling IMTA competition I found out that Derrick was communicating with my model agent and planning on how to interfere with my model call backs in anyway possible and he ended up turning off my alarms so I didn't wake up in time for receiving my wristband pick up for my model talent interviews.

* I am claiming Breach of contract, Breach of warrenty, misrepresentation, intentional legal misconduct, malpractice, violation of consumer protection laws or unfair trade practices And Interference with Business relationships Against The LAW OFFICES OF Derrick E George. discrimination in provision of services

• Upon returning to michigan all for my IMTA trip I noticed my husbands birth certificate missing from my hotel room and I informed that Derrick had once again invaded and violated my privacy by entering my hotel room. I was informed by hotel manager (Bernadette) that I would receive a supena from court to obtain a copy of the investigation report report that show that date and time someone (Derrick entered my hotel room and stollen terrences birth certificate.

(interrogation report can be recieved from supena)

• Derrick continued to contact people I know and make verbal threats and degrating statements. He seemed very jealouse of my relationships, accomplishments and would attempt to do anything to do anything to destroy and sabatoge any and all parts of my life.

• when I was looking into moving back into the Portsmouth apartment complex when I lived in the past I went to the office and they stated that Derrick had contacted them too and was telling them information so I could not obtain an apartment at the portsmouth apartment as

• I have had multiple issues on and up with my I phone and bank account as well as a hospital visit and believe Derrick was related to these issues.

I am charging judge Hon James B Brady with claim Defamation and Negiligence for processing my tickett based on an unfair and leaving tickat on the unoficial records at the Farmington Hills Police Department when I was INFORMED BY DERRICK that my entire legal record for over the past 5 years including parking, driving, traffic ticketts, police reports and all legal charges would be expunged EXPUNGED. (including all police reports being

• I AM CLAIMING Identity Tampering and theft and others attempting to destroy and ruin my reputation through harrassment, upon moving into my new condo I was harrassed by different utility providers when I was trying to set up my services with DTE and was informed by discover that they were testing me and even sent me open mail which I confronted them about.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

- protchin on all my credit cards and bank accounts
- 5 - 20 million or 50 million +
- expunged legal record in the city of Farmington Hill starting back in January 2018 — official / unofficial / database / so my fingerprints is not found by police or anyone else
- expunge legal record — tickets, police reports, other incidents — official / unofficial record in Farmington Hills michigan over the past 6 months — expunge completely
- personal private security contact from FBI in case I am threatend or in danger.
- Protection on my phone so no one including Derrick George cannot hack my cellphone, ipads, or computers.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/20/18, 20 18.

Signature of Plaintiff: Brandy Liang

Printed Name of Plaintiff: BRANDY LIANG

**Additional Information:**

(#1) Make sure my Mesdimeanor Charge expunge over past 6yrs entire and all record is completely taken off the record by expunging my entire criminal record - police reports, tickets and all charges in the city of Farmington Hills

- I thought my record would of already been expunged well at least was supposed to be after my bench trial, but wasnt.

(#2) Unframe me.
I'm not the criminal
like Farmington Hills
set me off to be
I'm a good faith American citizen.

"Hi this is Bernadette from the Hawthorne um I a.m. calling because I had finally gotten a response from the risk management team and this is the first opportunity but I'm not working the desk that I had a chance to call you um so our corporate security and safety team has told me that in order to give you a copy of the interrogation report of the lock you would need to file a formal police report with our local police department and then the police department would need to request him to submit a subpoena to us um I do have ___________ sitting waiting __ it's just a matter of all the formalities uh if you need anything else my name is Bernadette we've been speaking over the past couple of days please feel free to call the hotel 248-324-054_______ about to step out of the office for a little bit but you can call and let them know that _____ returning my call and I will always reach back out to you thank you..."

Was this transcription useful or not useful?

0:00 −1:12

Speaker Call Back Delete

Birth Certificate Police report

CR No: 180021801

| HOGUE, B (O-OTHER) (L-POLICE OFFICER) [FHHOGUEB (00680)] | | | | | | | |
|---|---|---|---|---|---|---|---|
| PE: | W.Type: | Last Name: HOGUE | | First Name: B | Middle Name | Suffix | Mr/Mrs/Ms |
| DOB (Age) | Sex | Race: UNKNOWN | Ethnicity | Birth City & State | Birth Country | Country of Citizenship | |
| Street Address: 31655 W Eleven Mile Rd | | Apt # | County: OAKLAND | Country: USA | Home Phone | Work Phone | |
| City: Farmington Hills | State: MI | Zip: 48336 | Cell Phone | | Email | | |

**Phone/Email**

| Type | Description |
|---|---|
| BU-Business Phone #1 | 248-871-2610 |

**Property:**

| 2413 - Lock 5416 [FHHOGUEB (00680)] | | | | |
|---|---|---|---|---|
| Property Class: 16 | IBR Type: 16 - House Goods | UCR Type: H - Household Goods | | |
| Status: S - Stolen/Etc. (Bribed/Defrauded/Embezzled/Ransomed/Etc.) | | | Count: 1 | Value: 1 |
| Description: LOCK BOX | | Disposition | Evidence Tag | |
| Recovered Date/Time | Location | Owner: [V30299414] LIANG, BRANDY MARIE | | |

| 2599 - Identification Documents (passports, visas, driver's licenses, social security cards, etc) 5465 | | | | |
|---|---|---|---|---|
| Property Class: 65 | IBR Type: 65 - Identity Documents | UCR Type: K - Miscellaneous | | |
| Status: S - Stolen/Etc. (Bribed/Defrauded/Embezzled/Ransomed/Etc.) | | | Count: 1 | Value: 1 |
| Description: BIRTH CERTIFICATE | | Disposition | Evidence Tag | |
| Recovered Date/Time | Location | Owner: [V30299305] LIANG, TERRENCE HWAKAI | | |

Terrence Received in the mail on his own on 8/18/18

**Narrative:**

CR No: 180021801-001 Written By: FHHOGUEB (00680) Date: 07/26/2018 03:18 PM

While working the desk on 07/26/2018, I was approached by Brandy Liang who came into FHPD to report items stolen from her hotel room at the Hawthorne Suites.

Liang stated that she was out of her hotel room during the afternoon of 07/24/2018 ~~and returned at an unknown~~ time and came back to her room and discovered that her husband's birth certificate as well as the lock box to their home that was for sale (no key inside) had also been taken.

Dennis George said he got the Doc

Liang believes that the items were taken by [redacted] but states that [redacted] did not have access to the room nor was there any sign of forced entry. I asked Liang how she thinks [redacted]



Bernedette manager stated that risk management at Hawthorne Suites would need subpoena from court in order to provide

Requestor's CO

CR No: 180021801

FARMINGTON HILLS PD

31655 W ELEVEN MILE RD
FARMINGTON HILLS MI 48336
248-871-2610



## Case Report

### Administrative Details:

| | |
|---|---|
| CR No<br>180021801 | Subject<br>2308 - Larceny - From Building (Includes Library, Office used by Public, etc) [23003] |
| Report Date/Time<br>07/26/2018 14:48 | Occurrence Date/Time<br>07/24/2018 15:00 |
| Location<br>37555 HILLSTECH DR | Call Source<br>FOP |
| Dispatched Offense<br>2308 Larceny - From Building (Includes Library, Office used by Public, etc) | Verified Offense<br>2308 Larceny - From Building (Includes Library, Office used by Public, etc) |
| OIC<br>Rzeppa, S (FHRZEPPAS-00363) | OIC Contact Number |
| County<br>63 - Oakland | City/Twp/Village<br>85 - Farmington Hills |
| Division<br>Patrol | |

### Action Requested:

| | |
|---|---|
| [ ] Arrest warrant | [ ] Review only |
| [ ] Search warrant | [ ] Forfeiture |
| [ ] Juvenile petition | [ ] Other |

**47TH District Court**
**31605 W. Eleven Mile Road**
**Farmington Hills, MI 48336**
**(248) 871-2900**

**NOTICE TO APPEAR**

Case #: 18H03779 Brandy Liang Assigned Judge: Brady
Defendant's Name

You are required to appear for the following court event: **DATE & TIME**

- [ ] Pretrial Conference
- [x] Bench/Jury Trial July ~~12th~~ 9th 2018 @ 2:00 pm
- [ ] Sentence
- [ ] Pre-Exam Conference
- [ ] Preliminary Exam
- [ ] Show Cause/Review
- [ ] Probation Violation
- [ ] Other (specify)

The defendant/attorney has been given a copy of this form. Brandy Liang 6-25-18
Clerk's/Defendant's Signature Date

Rule 1.110 Collection of Fines and Costs - Fines, costs, and other financial obligations imposed by the court must be paid at the time of assessment, except when the court allows otherwise, for good cause shown.

FTE 93886 (10/04) White Copy - Defendant Yellow Copy - Court File Pink Copy - Police

Leave 12pm

47TH District Court
31605 W. Eleven Mile Road
Farmington Hills, MI 48336
(248) 871-2900

# NOTICE TO APPEAR

Case #: 18K03779 | Liang (Defendant's Name) | Assigned Judge: Bundy

You are required to appear for the following court event: **DATE & TIME**

- [x] Pretrial Conference 6/25/18 2pm
- [ ] Bench/Jury Trial
- [ ] Sentence
- [ ] Pre-Exam Conference
- [ ] Preliminary Exam
- [ ] Show Cause/Review
- [ ] Probation Violation
- [ ] Other (specify)

The defendant/attorney has been given a copy of this form. [signature] Clerk's/Defendant's Signature 6/17/18 Date

**Rule 1.110 Collection of Fines and Costs - Fines, costs, and other financial obligations imposed by the court must be paid at the time of assessment, except when the court allows otherwise, for good cause shown.**

FTE 93886 (10/04) White Copy - Defendant Yellow Copy - Court File Pink Copy - Police

pending open cases
Sue the 47th district court for processing this case
25,000.00

**LAW OFFICES OF DERRICK E. GEORGE P.C.**
**NON-TRIAL ENGAGEMENT AGREEMENT** * (248) 470-4300
**33717 Woodward Avenue, #286, Birmingham, MI 48009**

~~This agreement is made on~~ June 21, 2018 between Brandy Liang (Client), residing in Farmington Hills, Michigan, and Derrick E. George, PC (Attorney), of Birmingham, Michigan. Client agrees to retain the professional services of Attorney in Client's ~~pending open cases~~ 47th District Court **District/Circuit** Court(s). Domestic Violence, F. Hiding

A non-refundable attorney fee in the amount of $ 7,500 is required to engage Attorney ~~and to proceed the above stated legal matter/criminal charge.~~ The fee is not refundable as attorney will immediately open file, provide legal services and sacrifice other business in reliance upon this agreement. 1) In no event shall Client be entitled to any refund after an "Appearance" is filed with the court, a file is opened, a block of time is allocated for civil infraction or probation violation; 2) appearances for OWI or misdemeanor; and 3) appearances for a felony unless otherwise stated herein. An Appearance shall include arraignment, pretrial conference, preliminary examination, sentence and any appearances to a police agency. The Client agrees Attorney may engage the services of qualified attorney(s) for any matters or court appearances arising out of this agreement. Attorney Fees may be adjusted for other legal services, additional criminal charges not known at the time of this agreement or undisclosed prior criminal record of the Client. This relationship will terminate if Client has not paid fees or costs as agreed upon. Attorney relationship will terminate upon disposition, dismissal or sentence. Trial services are not contemplated at the time of entering this agreement. Attorney fees for trial are not known at this time and depend upon several factors including the seriousness of charges and amount of time involved. **This non-refundable** legal fee will cover all office and telephone conferences, preparation and filing of all court papers, all legal research, and pre-bindover court appearances. ____ initial

**SERVICES NOT INCLUDED:** No other legal services, trials or appeals are included with this agreement. An additional attorney fee shall be required for hearings regarding: Deviation Letters, SOS Hearings, Bond conditions, no-contact orders. License restrictions/restorations, implied consent (chemical test refusal), restitution, probation violation, modification, review hearings or contempt. **A minimum fee of** $ 2,500 is required for any other **hearings arising out of the above-mentioned case,** motion to modify bond conditions or travel request while **case is pending.** ____ initial

**In addition to the above, Client is advised of the following:**

- **Arraignment:** Upon issuance of a warrant, Client may be arrested without notice. Client should remain silent, not resist arrest enter a plea of not guilty and have someone contact attorney as soon as possible.
- **Civil Liability & Restitution:** Client may be subject to restitution and civil liability for losses sustained by others as a result of Client's conduct. Legal representation for civil matters and restitution are not covered by this agreement unless stated herein.
- **Deportation Notice:** Non-U.S. Citizens may be deported from the United States of America upon conviction of a criminal offense and Client is advised to seek advice from an immigration attorney.
- **DNA Profile:** A DNA identification Profile is required upon conviction of any felony and sex related offenses.
- **Driver's License:** Driver's License shall be revoked and/or suspended for excessive points, any drug crime, two (2) drinking and driving offenses within seven (7) years or three (3) within ten (10) years and any crime involving the use of a motor vehicle.
- **Federal Prosecution:** A verdict or disposition in a State court does not preclude another prosecution and/or property forfeiture in the United States District Court for the same offenses.
- **Fines & Costs:** All fine and costs are due in FULL on the date of sentencing.
- **Firearm Possession:** A person convicted of a felony or attempted felony may not possess a firearm.
- **Out of Pocket Costs:** Client is responsible for all out-of-pocket costs.
- **Plea Bargaining:** A plea bargain which is rejected may not be offered in future proceedings.
- **Sex Offender Registry:** Registry as a sex offender is required upon conviction for any sex crime.
- **Travel Restrictions:** A person convicted of a criminal offense, including any drinking and driving, may be prohibited from traveling to Canada or other countries.

**Client further understands that no attorney can guarantee favorable results, particularly in criminal cases. Attorney promises to perform the services required of him under this contract to the best of his professional ability.** ____ initial

**Mutual Non-Disparagement Clause:** The Client agrees that he/she will not disparage, criticize, condemn impugn Attorney or the Law Offices of Derrick E. George, P.C. or any affiliated business verbally or by posting negative statements on social media sites including but not limited to Google, Facebook, Twitter, SnapChat, AVVO, or any and all on websites or on the worldwide web. In addition, the Client agrees that he/she will not directly or indirectly interfere with, adversely affect the Attorney's business relationships, reputation, contracts, pricing, or other relationships that Attorney has or may have with individuals, companies, government entities, former or current prospective clients, former or current customers, suppliers, employees, financial institutions, stockholders, or other persons or entities with whom Attorney relates. The Attorney agrees that he will not disparage, criticize, condemn impugn Client or any affiliated business. In addition, the Attorney agrees that he/she will not directly or indirectly interfere with, adversely affect the Client's business relationships, reputation, contracts, pricing, or other relationships that Client has or may have with individuals, companies, government entities, former or current prospective clients, former or current customers, suppliers, employees, financial institutions, stockholders, or other persons or entities with whom Client relates. Should any party violate this Covenant, then the other party shall be entitled to an immediate injunction as the parties sole and absolute remedy. ____ initial

**Attorney reserves the right to modify or cancel this entire agreement if the retainer fee is not received within 14 days of this date.**

Dated: 6/21/2018

Attorney, Derrick E. George

**I have read this agreement, have received a copy of it, and agree to the terms and conditions. There are no other agreements, oral or otherwise, between Client and Attorney.**

Dated: 6/21/18

Client,
BRANDY LIANG

Handwritten margin notes: "Action misdemeanor"; "Can't throw a vaccum"; "Terrence"; "make"; "Indict"; "turn alarms shut off"; "Pending Case"; "he not want motion = change 5000"

* File Legal Case * Against Him

Law Offices of Derrick E. George, P.C.
*Attorneys and Counselors*

33717 Woodward Avenue, #286 ♦ Birmingham, MI 48009 ♦ Fax: (248) 381-8894 ♦ www.derrickgeorge.com

Derrick E. George, Esq.
(248) 470-4300
dgeorge@derrickgeorge.com

June 21, 2018

Mrs. Brandy Marie Liang
31217 Country Ridge Circle
Farmington Hills, MI 48331
(248) 330-7868—mobile/text
email: bgriffore@gmail.com

Scope of Services: Domestic Violence—1st Offense
District Court: 47th District Court—Farmington Hills, MI
Court Date PTC: 6/25/2018 at 2:00PM—PTC

**INVOICE**

| | | |
|---|---|---|
| Legal Fee: | | $12,500.00 |
| Less Discount: | | ($5,000.00) |
| Cost of Services: | | $7,500.00 |
| Payments: | | |
| 06/21/2018 | Payment received | ($2,500.00) |
| 06/21/2018 | Payment received | ($2,500.00) |
| 06/21/2018 | Payment received | ($2,500.00) |
| Total Payments: | | $7,500.00 |
| Ending Balance Due: | | $0.00 |

Malpractice

He told me after I had hired him that he was working court in favor of my husband to interfere and destroy my life.

* He had contact with talent manager Shulon at DMA and she said that she informed Derrik to mess up my alarm so I would not be on time for callbacks.

* he turned my alarms off and therefore I only made it to one callback to

was told my mother, talent agency, BB, and others are multiple threats towards me.

I will only get nurse = communication disorder

He contact people with

**Law Offices of Derrick E. George, P.C.**
*Attorneys and Counselors*

33717 Woodward Avenue, #286 ♦ Birmingham, MI 48009 ♦ Fax: (248) 381-8894 ♦ www.derrickgeorge.com

Derrick E. George, Esq.
(248) 470-4300
dgeorge@derrickgeorge.com

June 21, 2018

Mrs. Brandy Marie Liang
31217 Country Ridge Circle
Farmington Hills, MI 48331
(248) 330-7868—mobile/text
email: bgriffore@gmail.com

Scope of Services: Domestic Violence—1st Offense
District Court: 47th District Court—Farmington Hills, MI
Court Date PTC: 6/25/2018 at 2:00PM—PTC

**INVOICE**

| | | |
|---|---|---|
| Legal Fee: | | $12,500.00 |
| Less Discount: | | ($5,000.00) |
| Cost of Services: | | $7,500.00 |
| **Payments:** | | |
| 06/21/2018 | Payment received | ($2,500.00) |
| 06/21/2018 | Payment received | ($2,500.00) |
| Total Payments: | | $5,000.00 |
| Ending Balance Due: | | $2,500.00 |

**Law Offices of Derrick E. George, P.C.**
*Attorneys and Counselors*

33717 Woodward Avenue, #286 ♦ Birmingham, MI 48009 ♦ Fax: (248) 381-8894 ♦ www.derrickgeorge.com

Derrick E. George, Esq.
(248) 470-4300
dgeorge@derrickgeorge.com

June 21, 2018

Mrs. Brandy Marie Liang
31217 Country Ridge Circle
Farmington Hills, MI 48331
(248) 330-7868—mobile/text
email: bgriffore@gmail.com

Scope of Services: Domestic Violence—1st Offense
District Court: 47th District Court—Farmington Hills, MI
Court Date PTC: 6/25/2018 at 2:00PM—PTC

**INVOICE**

| | | |
|---|---|---|
| Legal Fee: | | $12,500.00 |
| Less Discount: | | ($5,000.00) |
| Cost of Services: | | $7,500.00 |
| **Payments:** | | |
| 06/21/2018 | Payment received | ($2,500.00) |
| Total Payments: | | $2,500.00 |
| Ending Balance Due: | | $5,000.00 |

**State of Michigan**
**Uniform Law Citation**

Ticket No. 18H03779 ** ☐ Victim Involved

US DOT #

Incident No. 180017391 | Dept. No.

The People of: ☐ the State of Michigan ☐ Township ☒ City ☐ Village ☐ County

Local Use/Arrest No. 18-A-1142 | Detection Device

OF: FARMINGTON HILLS | BAC | 1 of 1

| THE UNDERSIGNED SAYS THAT ON: | Month | Day | Year | At approximately | Date of Birth | Month | Day | Year |
|---|---|---|---|---|---|---|---|---|
| | 06 | 17 | 18 | 12:20 ☒ A.M. ☐ P.M. | | 05 | 26 | 87 |

| State | | Driver License Number | SSN (last 4 digits) |
|---|---|---|---|
| MI | ☒ Oper./Chauff. ☐ CDL | G616098585396 | |

| Race | Sex | Height | Weight | Hair | Eyes | Occupation/Employer |
|---|---|---|---|---|---|---|
| W | F | 5' 02" | 100 | | BLU | |

Name (First, Middle, Last) BRANDY MARIE LIANG

Street 31217 COUNTRY RIDGE CIR

City FARMINGTON HILLS State MI Zip Code 48331-1123

| Vehicle Plate No. | Year | State | Vehicle Description (Year, Make, Color) | Veh. Type |
|---|---|---|---|---|
| | | | | |

THE PERSON NAMED ABOVE, in violation of ☒ Local Ordinance ☐ State Law ☐ Administrative Rule

UPON 31217 COUNTRY RIDGE CIR

AT OR NEAR 14 MILE

WITHIN ☒ CITY ☐ VILLAGE ☐ TOWNSHIP OF FARMINGTON HILLS

COUNTY OF OAKLAND DID THE FOLLOWING

| Type | MCL Cite/PACC Code/ Ordinance | Description (include any bond amount collected on each charge) | Charge No. |
|---|---|---|---|
| ☐ C/I ☐ Warn ☒ Misd ☐ Fug ☐ Fel ☐ Waiv | ☐ Authorization pend. Ord: 750.812 1919 | DOMESTIC VIOLENCE | 1 |
| ☐ C/I ☐ Warn ☐ Misd ☐ Fug ☐ Fel ☐ Waiv | ☐ Authorization pend. | | 2 |
| ☐ C/I ☐ Warn ☐ Misd ☐ Fug ☐ Fel ☐ Waiv | ☐ Authorization pend. | | 3 |

TO THE COURT: Do not arraign on a felony charge until an authorized complaint is filed.

Offense Code(s)
1 2 3

Key for Type: C/I = Civil Infraction Misd = Misdemeanor Fel = Felony Warn = Warning Fug = Fugitive Waiv = Violation for Which Fines/Costs May be Waived Authorization pend. = Authorization pending

Remarks: TO WIT: SUBJECT THREW A WEDGE SANDAL AND VACUM AT VICTIM

TCN=B918168001P

CHECK IF APPROPRIATE ☐ Vehicle Impounded ☐ Traffic Crash ☐ Damage to Property ☐ Injury ☐ Death

☐ Local Court Bond $ ☐ License Posted in Lieu of Bond ☐ Appearance Certificate ☒ None

Person in Active Military Service ☐ Yes ☒ No

SEE DATE BELOW. SEE BACK OF CITATION FOR EXPLANATION AND INSTRUCTIONS

Appearance Date on or before 06/25/2018

Hearing Date (if applicable) on

☐ Juvenile Traffic Misd. (Court will Notify) ☐ Formal Hearing Required. ☐ Contact Court (Court will Notify)

In the 47TH DISTRICT COURT Court of FARMINGTON HILLS

Court Address & Phone Number 47TH DISTRICT COURT
31605 WEST ELEVEN MILE ROAD
FARMINGTON HILLS, MI 48336
248-871-2920

☒ I served a copy of the civil infraction complaint upon the defendant (or owner/occupant by posting if applicable). I declare under the penalties of perjury that the statements above are true to the best of my information, knowledge, and belief.

| Complainant's Signature and receipt if applicable | Month | Day | Year |
|---|---|---|---|
| ROSENICK | 06 | 17 | 18 |

Officer's Name (printed) ROSENICK | Officer's ID No. 455

Agency ORI MI- 6338900 | Agency Name FARMINGTON HILLS PD

Ticket 18H03779 Name LIANG, BRANDY Case No.

UC-01a (rev. 6/05) Payment: https://Payments.CLEMIS.Org/CLMCitationPay
** Revised: spelling

* Ran out of Gas
* Hot day so walked back to hotel too hot to wait in car for my husband. He was suppose to move my vehicle

CR No: 180017458

| 03 | 03 - Automobiles | V - Other Vehicle (not Stolen or Recovered) | | |
|---|---|---|---|---|
| Status: X - Impounded | | | Count: 1 | Value: 1 |

| Manufacturer | Model | Serial No. | License No. | Color |
|---|---|---|---|---|
| CHEVROLET | EQUINOX | 2GNALCEK0G1183302 | CAQ268 | WHI - White |

| Vehicle Year | Body Style | State | License Year |
|---|---|---|---|
| 2016 | | MI | |

| Description | Disposition | Evidence Tag |
|---|---|---|
| 4 door | | |

| Recovered Date/Time | Location | Owner |
|---|---|---|
| | | [O30057003] LIANG, BRANDY MARIE |

**Narrative:**

**CR No: 180017458-001 Written By: FHALLENT (00402) Date: 06/17/2018 04:35 PM**

(Report written by Ofc. M. Miller)

Ofc. Allen and I, Ofc M. Miller while on routine patrol discovered a white Chevy Equinox (CAQ268) disabled and blocking Hillstech Dr.

No driver was present and the vehicle was locked. Due to heavy window tint the contents of the vehicle is unknown.

Keford's was notified and impounded the vehicle.

Vehicle entered into LEIN by #936

**CR No: 180017458-002 Written By: FHWOODM (00679) ATTACHMENT ONLY REPORT - No Narrative**

**CFS Narrative By: FHALLENT (00402)**

plate: CAQ268

State of Michigan
Uniform Law Citation

Ticket No. 18H03779 ** ☐ Victim Involved

US DOT #

Incident No. 180017391 | Dept. No.

The People of: ☐ the State of Michigan ☐ Township ☒ City ☐ Village ☐ County

Local Use/Arrest No. 18-A-1142 | Detection Device

OF: FARMINGTON HILLS | BAC | 1 of 1

| THE UNDERSIGNED SAYS THAT ON: | Month | Day | Year | At approximately | Date of Birth | Month | Day | Year |
|---|---|---|---|---|---|---|---|---|
| | 06 | 17 | 18 | 12:20 ☒ A.M. ☐ P.M. | | 05 | 26 | 87 |

State MI | ☒ Oper./Chauff. ☐ CDL | Driver License Number G616098585396 | SSN (last 4 digits)

| Race | Sex | Height | Weight | Hair | Eyes | Occupation/Employer |
|---|---|---|---|---|---|---|
| W | F | 5' 02" | 100 | | BLU | |

Name (First, Middle, Last) BRANDY MARIE LIANG

Street 31217 COUNTRY RIDGE CIR

City FARMINGTON HILLS State MI Zip Code 48331-1123

Vehicle Plate No. | Year | State | Vehicle Description (Year, Make, Color) | Veh. Type

THE PERSON NAMED ABOVE, in violation of ☒ Local Ordinance ☐ State Law ☐ Administrative Rule

UPON 31217 COUNTRY RIDGE CIR

AT OR NEAR 14 MILE

WITHIN ☒ CITY ☐ VILLAGE ☐ TOWNSHIP OF FARMINGTON HILLS

COUNTY OF OAKLAND DID THE FOLLOWING

| Type | MCL Cite/PACC Code/ Ordinance | Description (include any bond amount collected on each charge) | Charge No. |
|---|---|---|---|
| ☐ C/I ☒ Misd ☐ Fel ☐ Warn ☐ Fug ☐ Waiv | ☐ Authorization pend. Ord: 750.812 1919 | DOMESTIC VIOLENCE | 1 |
| ☐ C/I ☐ Misd ☐ Fel ☐ Warn ☐ Fug ☐ Waiv | ☐ Authorization pend. | | 2 |
| ☐ C/I ☐ Misd ☐ Fel ☐ Warn ☐ Fug ☐ Waiv | ☐ Authorization pend. | | 3 |

TO THE COURT: Do not arraign on a felony charge until an authorized complaint is filed.

Offense Code(s) 1 2 3

Key for Type: C/I = Civil Infraction Misd = Misdemeanor Fel = Felony Warn = Warning Fug = Fugitive Waiv = Violation for Which Fines/Costs May be Waived Authorization pend. = Authorization pending

Remarks: TO WIT: SUBJECT THREW A WEDGE SANDAL AND VACUM AT VICTIM

(handwritten: false never threw a vacuum) (handwritten: false was a flipflop)

TCN=B918168001P

Ticket 18H03779 Name LIANG, BRANDY Case No.

CHECK IF APPROPRIATE ☐ Vehicle Impounded ☐ Traffic Crash ☐ Damage to Property ☐ Injury ☐ Death | ☐ Local Court Bond $ ☐ License Posted in Lieu of Bond ☐ Appearance Certificate ☒ None

Person in Active Military Service ☐ Yes ☒ No

SEE DATE BELOW. SEE BACK OF CITATION FOR EXPLANATION AND INSTRUCTIONS

Appearance Date on or before 06/25/2018

Hearing Date (if applicable) on

☐ Juvenile Traffic Misd. (Court will Notify) ☐ Formal Hearing Required. ☐ Contact Court (Court will Notify)

In the 47TH DISTRICT COURT Court of FARMINGTON HILLS

Court Address & Phone Number 47TH DISTRICT COURT 31605 WEST ELEVEN MILE ROAD FARMINGTON HILLS, MI 48336

248-871-2920

☒ I served a copy of the civil infraction complaint upon the defendant (or owner/occupant by posting if applicable). I declare under the penalties of perjury that the statements above are true to the best of my information, knowledge, and belief.

Complainant's Signature and receipt if applicable ROSENICK | Month 06 | Day 17 | Year 18

Officer's Name (printed) ROSENICK | Officer's ID No. 455

Agency ORI MI- 6338900 | Agency Name FARMINGTON HILLS PD

UC-01a (rev. 6/05) Payment: https://Payments.CLEMIS.Org/CLMCitationPay ** Revised: spelling

CR No: 180017391

On todays date I, Ofc. Rosenick was dispatched to the listed address reference a domestic violence call. Dispatch advised the RP's wife was throwing items at him from inside the house. Prior to our arrival the RP's wife left the home in a white Chevy equinox.

Upon arrival, I made contact with the RP, Terrence Liang who advised me of the following. Terrence and his wife, Brandy Liang have been having martial problems. They began to argue over these problems and Brandy got very upset. She grabbed a wedge sandal and threw it at him which hit him in the body. Brandy grabbed a large vacuum cleaner and threw it towards Terrence in attempt to hit him but he was able to move out of the way. Terrence grabbed Brandy and held her to the ground to protect himself. Brandy calmed down shortly after and he let her up. Once he let her up she grabbed his phone and threw it and told him she would continue to break things. At some point Brandy got into her vehicle and left. Terrence repeatedly told me he did not want to press charges.

While on scene Brandy showed up at the house. I spoke with Brandy who advised me of the following. The two were arguing and at some point she got frustrated and threw a wedge sandal at him. Terrence grabbed her and pinned her down and she grabbed his hair to break free. Brandy advised Terrence grabbed her neck to pin her down but had no marks to indicate such. Brandy threw a vacuum but did not state she threw it at him. She left the home moments later.

Neither party had any injuries.

Brandy was placed under arrest (TC/DL) for domestic violence and placed in the rear of my patrol vehicle. She was transported to FHPD where she was processed and lodged.

Terrence was informed she was arrested and did not want her to go to jail and once again advised he would not press charges.

Brandy was issued Ticket #18H03779 for Domestic Violence.

SEE WITNESS STATEMENTS

**CR No: 180017391-002 Written By: FHMOLLOYR (00421) Date: 06/17/2018 12:11 PM**

On 6-17-2018 Liang, was in custody for DV. A copy of the report was sent to OCPO and Haven. Liang was arraigned by Magistrate Sawicki and granted a $1,000 personal bond with the conditions of no assaultive or threatening behavior. The next court date is set for 6-25-2018 at 2 PM.

False - I never was asked to pay a personal bond.



and should of been let go in am, but instead

## MISDEMEANOR
## READ CAREFULLY

**WARNING: If you fail to answer this citation by the date specified on the front of this citation, the court will issue a warrant for your arrest and, if this is a traffic violation, your driver license will be suspended.**

NON-Resident: Deposit of a cash bond or guaranteed appearance certificate does not constitute payment, and forfeiture of the bond will not dispose of this case.

**RIGHTS: You have the right to:**

- plead guilty or not guilty;
- have a trial by judge or jury;
- be represented by an attorney;
- be presumed innocent until proven guilty;
- confront and present witnesses, testify, or remain silent;
- have all charges arising out of the same transaction determined at one trial.

You may enter a plea of guilty or a plea of not guilty in person, by representation, or by mail. The court, however, may require your personal appearance. You must enter a plea on each charge listed on the front of this ticket by checking the appropriate box for each charge and signing your name.

MANDATORY COURT APPEARANCE: (unless waived by the court)

- **Personal Injury Cases**
- **Operating vehicle while impaired**
- **Operating vehicle under the influence of alcohol/controlled substance**
- **Operating vehicle with unlawful blood alcohol level**
- **Reckless Driving**
- **Leaving the scene of an accident**
- **Driving while license is revoked or suspended**
- **All juvenile misdemeanors**
- **All nontraffic offenses**

If this is for a nontraffic offense, be sure to bring this complaint with you when you appear before the court.

TO PLEAD GUILTY and pay your fine and costs by mail, do the following: Contact the court for the amount of your fine and costs; sign below and send this copy and your certified check or money order to the court at the address indicated on the front of the citation on or before the date specified on the front of the citation. You may also appear in court to plead guilty on or before that date.

I enter my appearance in this case. I have been informed of my rights as set forth above. I understand that this plea will result in a judgment of conviction and that a record of the judgment will be sent to the Secretary of State. I voluntarily and knowingly waive those rights and plead guilty to the offense as charged.

☐ Charge 1 Signature ______________________ Date __________

☐ Charge 2 Signature ______________________ Date __________

☐ Charge 3 Signature ______________________ Date __________

TO PLEAD NOT GUILTY: (traffic ticket only)

If a hearing date is specified on the front of this citation, you must appear in court on that date for trial; or,

If an appearance date is specified on the front of this citation, you may sign below and mail this copy to the court at the address on the front of this citation on or before that date to plead not guilty. The court will notify you of your hearing date. You may also appear in court to plead not guilty on or before the appearance date.

I enter my appearance in this case and plead not guilty.

☐ Charge 1 Signature ______________________ Date __________

☐ Charge 2 Signature ______________________ Date __________

☐ Charge 3 Signature ______________________ Date __________

VIOLATION FOR WHICH COURT MAY WAIVE FINE/COSTS:

Correct the violation. Present the citation to any law enforcement officer to certify the correction. Mail or bring the citation to the court clerk at the address shown before your appearance or hearing date.

OFFICER CERTIFICATION I certify that the violation described on the front of the citation has been corrected.

18H03779

LIANG

☐ Charge 1 Signature ______________________

☐ Charge 2 Signature ______________________

☐ Charge 3 Signature ______________________

| Officer's Signature | Officer's ID No. | Date |
|---|---|---|
| Agency Name | Agency ORI | |

Notify the court and the Secretary of State immediately if you change your address.

PLEASE NOTE: If you do not understand these instructions, or if you have questions about what you must do, contact the court in person or by telephone on or before the appearance date or hearing date specified on the front of this citation.

**MISDEMEANOR COPY**

CR No: 180017391

On todays date I, Ofc. Rosenick was dispatched to the listed address reference a domestic violence call. Dispatch advised the RP's wife was throwing items at him from inside the house. Prior to our arrival the RP's wife left the home in a white Chevy equinox.

Upon arrival, I made contact with the RP, Terrence Liang who advised me of the following. Terrence and his wife, Brandy Liang have been having martial problems. They began to argue over these problems and Brandy got very upset. She grabbed a wedge sandal and threw it at him which hit him in the body. Brandy grabbed a large vacuum cleaner and threw it towards Terrence in attempt to hit him but he was able to move out of the way. Terrence grabbed Brandy and held her to the ground to protect himself. Brandy calmed down shortly after and he let her up. Once he let her up she grabbed his phone and threw it and told him she would continue to break things. At some point Brandy got into her vehicle and left. Terrence repeatedly told me he did not want to press charges.

While on scene Brandy showed up at the house. I spoke with Brandy who advised me of the following. The two were arguing and at some point she got frustrated and threw a wedge sandal at him. Terrence grabbed her and pinned her down and she grabbed his hair to break free. Brandy advised Terrence grabbed her neck to pin her down but had no marks to indicate such. Brandy threw a vacuum but did not state she threw it at him. She left the home moments later.

Neither party had any injuries.

Brandy was placed under arrest (TC/DL) for domestic violence and placed in the rear of my patrol vehicle. She was transported to FHPD where she was processed and lodged.

Terrence was informed she was arrested and did not want her to go to jail and once again advised he would not press charges.

Brandy was issued Ticket #18H03779 for Domestic Violence.

SEE WITNESS STATEMENTS

**CR No: 180017391-002 Written By: FHMOLLOYR (00421) Date: 06/17/2018 12:11 PM**

On 6-17-2018 Liang, was in custody for DV. A copy of the report was sent to OCPO and Haven. Liang was arraigned by Magistrate Sawicki and granted a $1,000 personal bond with the conditions of no assaultive or threatening behavior. The next court date is set for 6-25-2018 at 2 PM.

False report from police

Lie

false threw a flip flop at him

false never grabbed a vacuum cleaner

False - I never was asked to pay a personal bond.



Created On 08/06/2018 02:30 PM

and should of been let go on, but instead

CR No: 180017391

Requester's copy

FARMINGTON HILLS PD

31655 W ELEVEN MILE RD
FARMINGTON HILLS MI 48336
248-871-2610



# Case Report

## Administrative Details:

| | |
|---|---|
| CR No<br>180017391 | Subject<br>1313 - Assault/ Battery/Simple (Incl Domestic and Police Officer [13001] |
| Report Date/Time<br>06/16/2018 23:34 | Occurrence Date/Time<br>06/16/2018 23:34 |
| Location<br>31217 COUNTRY RIDGE CIR | Call Source<br>911 |
| Dispatched Offense<br>1313 Assault/ Battery/Simple (Incl Domestic and Police Officer | Verified Offense<br>1313 Assault/ Battery/Simple (Incl Domestic and Police Officer |
| OIC<br>Molloy, R (FHMOLLOYR-00421) | OIC Contact Number<br>248 871-2778 |
| County<br>63 - Oakland | City/Twp/Village<br>85 - Farmington Hills |
| Division<br>Patrol | |

I was attacked by Terrence

## Action Requested:

| | |
|---|---|
| [ ] Arrest warrant | [ ] Review only |
| [ ] Search warrant | [ ] Forfeiture |
| [ ] Juvenile petition | [ ] Other |

CR No: 180017391

| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
|---|---|---|---|---|---|---|
| 03/12/1987 (31) | M | WHITE | | | | |

| Street Address | Apt # | County | Country | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 31217 COUNTRY RIDGE CIR | | | USA | UNKNOWN | |

| City | State | Zip | Cell Phone | Email |
|---|---|---|---|---|
| Farmington Hills | MI | 48336 | [redacted] | |

Victim Injury

N - None

**Victim Offender Relationships**

| Offender | Type | Relationship |
|---|---|---|
| LIANG, BRANDY MARIE | A-ARRESTEE | 01-Victim Was Spouse |

**MOLLOY, R (O-OTHER) (L-POLICE OFFICER) [FHMOLLOYR (00421)]**

| PE: | W.Type: | Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|
| | | Molloy | R | | | |

| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
|---|---|---|---|---|---|---|
| | | UNKNOWN | | | | |

| Street Address | Apt # | County | Country | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 31655 W Eleven Mile Rd | | OAKLAND | USA | | |

| City | State | Zip | Cell Phone | Email |
|---|---|---|---|---|
| Farmington Hills | MI | 48336 | | |

**Phone/Email**

| Type | Description |
|---|---|
| BU-Business Phone #1 | 248-871-2610 |

**MILLER, N (O-OTHER) (L-POLICE OFFICER) [FHROSENICKRY (00455)]**

| PE: | W.Type: | Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|
| | | Miller | N | | | |

| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
|---|---|---|---|---|---|---|
| | | UNKNOWN | | | | |

| Street Address | Apt # | County | Country | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 31655 W Eleven Mile Rd | | OAKLAND | USA | | |

| City | State | Zip | Cell Phone | Email |
|---|---|---|---|---|
| Farmington Hills | MI | 48336 | | |

**Phone/Email**

| Type | Description |
|---|---|
| BU-Business Phone #1 | 248-871-2610 |

**ROSENICK, R (O-OTHER) (L-POLICE OFFICER) [FHROSENICKRY (00455)]**

| PE: | W.Type: | Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|
| | | Rosenick | R | | | |

| Street Address | Apt # | County | Country | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 31655 W Eleven Mile Rd | | OAKLAND | USA | | |

| City | State | Zip | Cell Phone | Email |
|---|---|---|---|---|
| Farmington Hills | MI | 48336 | | |

**Phone/Email**

| Type | Description |
|---|---|
| BU-Business Phone #1 | 248-871-2610 |

**Narrative:**

**CR No: 180017391-001 Written By: FHROSENICKRY (00455) Date: 06/17/2018 01:34 AM**

CR No: 180017391

## Offenses:

**1313 - Assault/ Battery/Simple (Incl Domestic and Police Officer**

| Field | Value |
|---|---|
| IBR Code / IBR Group | 13B - Simple Assault / A |
| Offense File Class | 13001 - NONAGGRAVATED ASSAULT |
| Crime Against | PE |
| Location Type | 20 - Residence/Home |
| Offense Completed | Completed |
| Domestic Violence | Yes |
| Hate/Bias | 00 - None (No Bias) |
| Using | A-Alcohol: No C-Computer Equipment: No D-Drugs/Narcotics: No |
| Cargo Theft | |
| Weapons | 00 - None |
| Criminal Activity | N - None/Unknown |

## People:

**LIANG, BRANDY MARIE (A-ARRESTEE) [FHROSENICKRY (00455)]**

| Field | Value |
|---|---|
| Last Name | LIANG |
| First Name | BRANDY |
| Middle Name | MARIE |
| Suffix | |
| Mr/Mrs/Ms | |
| Aliases | |
| Driver License# | G616098585396 |
| DL State | MI |
| DL Country | |
| Personal ID# | |
| DOB (Age) | 05/26/1987 (31) |
| Sex | F |
| Race | WHITE |
| Ethnicity | |
| Birth City & State | MI |
| Birth Country | US |
| Country of Citizenship | US |
| Eye Color | Blue |
| Hair Color | Blond or Strawberry |
| Hair Style | |
| Hair Length | |
| Facial Hair | |
| Complexion | Light |
| Build | Thin |
| Teeth | |
| Height | 5' 2" |
| Weight | 100 |
| Attire | |
| CTN | |
| TCN | [redacted] |
| PCN | |
| SID/State | |
| Criminal History Name | |
| Held For | |
| Finger Prints | No |
| Photos | Yes |
| Miranda Read | No |
| Miranda Waived | No |
| Number of Warrants | |
| FBI# | |
| Street Address | 31217 COUNTRY RIDGE CIR |
| Apt # | |
| County | |
| Country | |
| Home Phone | 2483307868 |
| Work Phone | |
| City | FARMINGTON HILLS |
| State | MI |
| Zip | 48331 |
| Cell Phone | UNKNOWN |
| Email | |
| Alerts | |
| On Probation/Parole | No |
| Habitual Offender Status | |

### Arrest Information

| Offenses | Details | |
|---|---|---|
| 1313 - Assault/ Battery/Simple (Incl Domestic and Police Officer | Arrest Date/Time: | 06/17/2018 00:30 |
| | Location: | 31217 COUNTRY RIDGE CIR |
| | Arrest#: | 18-A-1142 |
| | Arrest Type: | Onview |
| | OWI Arrest/BAC: | |
| | Offense Type: | Misd. |
| | Count: | 1 |
| | Arresting Officer 1: | FHROSENICKRY (ROSENICK, R 00455) |

| Field | Value |
|---|---|
| MultiClearance | N - Not Applicable |
| MultiClearance Offense | |
| Armed With | 01 - Unarmed |
| Date/Time Booked | 06/17/2018 00:00 |
| Booked Location | FARMINGTON HILLS POLICE DEPT |

**LIANG, TERRENCE HWAKAI (V-VICTIM) [FHROSENICKRY (00455)]**

| Field | Value |
|---|---|
| Victim Type | I - Individual |
| Victim of | 1313 - Assault/ Battery/Simple (Incl Domestic and Police Officer |
| PE: | |
| W.Type: | |
| Last Name | Liang |
| First Name | Terrence |
| Middle Name | Hwakai |
| Suffix | |
| Mr/Mrs/Ms | |

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** Brandy Liang

**DEFENDANTS**

(b) County of Residence of First Listed Plaintiff U.S.
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☒ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

TBI traumatic brain injury
Learning Disability

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from Another District *(specify)* ☐ 6 Multidistrict Litigation - Transfer ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Brief description of cause:

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P. **DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*: JUDGE DOCKET NUMBER

DATE 8/21/18 SIGNATURE OF ATTORNEY OF RECORD Brandy M. Liang

FOR OFFICE USE ONLY

RECEIPT # AMOUNT APPLYING IFP JUDGE MAG. JUDGE

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed? ☒ Yes ☐ No

If yes, give the following information:

Court: 47th District Court 31605 West Eleven Mile Rd. Farmington Hills MI 48336

Case No.: 18H03779

Judge: Hon. James B. Brady

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.) ☐ Yes ☒ No

If yes, give the following information:

Court: ____________

Case No.: ____________

Judge: ____________

Notes :