UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDY M. LIANG,

    Plaintiff,

v.

POLICE DEPARTMENT OF
FARMINGTON HILLS, 47TH
DISTRICT COURT, LAW OFFICES
OF DERRICK E. GEORGE, P.C.,
AND STATE OF MICHIGAN
UNIFORM LAW CITATION,

    Defendants.
_____/

Case No. 18-12612

HON. GEORGE CARAM STEEH

## J U D G M E N T

The above entitled matter has come before the court on defendants' motion to dismiss, and in accordance with the court's order granting that motion entered this date,

IT IS ORDERED AND ADJUDGED that judgment hereby is GRANTED in favor of defendants.

DAVID J. WEAVER
CLERK OF THE COURT

By:  Marcia Beauchemin
     Deputy Clerk

Dated: November 7, 2018
      Detroit, Michigan.

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on November 7, 2018, by electronic and/or ordinary mail and also on Brandy Marie Liang, 21032 Boulder Cir., Northville, MI 48167.

s/Barbara Radke
Deputy Clerk